**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROSALBA ROBLEDO SALINAS**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:10-CV-1691-L** |
| | § | |
| **WAL-MART STORES TEXAS, LLC**, | § | |
| **and WAL-MART STORES, INC.,** | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the court is the parties' Stipulation of Dismissal of Defendants, filed March 1, 2011.

The court determines that this case should be dismissed**.**  Accordingly, Plaintiff's claims against

Defendants are hereby **dismissed with prejudice**.  The parties shall bear their own costs and

attorney's fees incurred in this case.

**It is so ordered** this 1st day of March, 2011.


Sam A. Lindsay
United States District Judge

**Order - Solo Page**